IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WRIGHT-RYAN CONSTRUCTION, INC., and THE WRIGHT-RYAN CONSTRUCTION, INC. EMPLOYEE STOCK OWNERSHIP 401(K) PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>RETIREMENT DIRECT, LLC,<br><br>Defendant. | 8:23CV290<br><br>ORDER ON NOTICE OF STIPULATED DISMISSAL |

This case is before the Court on the parties' Notice of Stipulated Dismissal signed by all parties. Filing 49. The parties stipulate to dismissal with prejudice of all claims with each party to bear its own costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Filing 49 at 1. In this District, a dismissal in the circumstances of this case requires an order of the Court. Accordingly,

IT IS ORDERED that the parties' Notice of Stipulated Dismissal, Filing 49, is granted, and this case and all claims in it are dismissed with prejudice and with each party to bear its own costs.

Dated this 28th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge